# EXHIBIT A

| | |
|---|---|
| **DISTRICT COURT, COUNTY OF DENVER, STATE OF COLORADO**<br>Court Address: 1437 Bannock Street, Denver, Colorado 80202, Phone Number: 720-865-8301 | DATE FILED<br>September 3, 2024 1:36 PM<br>FILING ID: 61E3D30D77B2E<br>CASE NUMBER: 2024CV32666 |
| **PLAINTIFF: MICHAEL GAGNON**<br><br>v.<br><br>**DEFENDANTS: LYFT, INC. AND LYFT BIKES AND SCOOTERS, LLC** | **∆COURT USE ONLY∆** |
| Attorney for Plaintiff:<br>Eric Firouzbakht (#54229)<br>600 17th Street<br>Suite 2801K South<br>Denver, CO 80202<br>Telephone: (303) 731-4795 | Case No.:<br><br>Ctrm/Div: |
| **COMPLAINT AND JURY DEMAND** | |

**COMES NOW**, Plaintiff MICHAEL GAGNON, by and through his counsel, and submits his Complaint and Jury Demand against Defendants LYFT, INC.. and LYFT BIKES AND SCOOTERS, LLC and as support for his Complaint, states, alleges, and avers as follows:

1. At all times relevant, Plaintiff MICHAEL GAGNON is a citizen and resident of the State of Colorado.

2. Defendants LYFT, INC. and LYFT BIKES AND SCOOTERS, LLC are foreign corporations whose principal offices are located at 185 Berry Street Suite 400, San Francisco, CA 94107 and may be served through their registered agent C T Corporation System at 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268.

3. Venue is proper pursuant to C.R.C.P. 98(c) as the subject tort happened in Denver County.

4. On or about September 27, 2024, Plaintiff was operating an electric scooter rented through the Lyft app.

5. Plaintiff was operating the electric scooter 29th St. near Curtis St.

6. Suddenly and without warning, the break on the electric scooter failed. Unable to slow the electric scooter, Plaintiff was forced to jump off the electric scooter.

7. As a direct result of Defendants' conduct and/or negligence and/or failure to take

reasonable care to avoid this unreasonable risk, Plaintiff was thrown down and had his leg broken and was otherwise injured, was prevented from transacting his business, suffered great pain of body and mind, and incurred expenses for medical attention and hospitalization in the sum of $314,125.03 dollars.

8. As a direct and proximate result of Plaintiff's injuries, Plaintiff will be prevented from engaging in certain social and recreational activities normal to her lifestyle prior to this incident and will otherwise be prevented from participating in and enjoying the benefits of a full and complete life.

**FIRST CLAIM FOR RELIEF**

***Negligence Against Defendant Lyft, Inc. and Lyft Bikes and Scooters, LLC***

9. All prior paragraphs are incorporated herein by reference.

10. Defendants knew or should have known about the dangerous condition of a malfunctioning breaking system on the electric scooter involved in this incident.

11. Defendants owed Plaintiff a duty of reasonable, ordinary care to inspect, maintain, and repair electric scooters.

12. Defendants breached that duty when, amongst other things, they negligently failed to inspect the electric scooter involved in this incident, failed to perform routine maintenance on the electric scooter, failed to ensure this electric scooter had functioning breaks, and failed to remove the electric scooter from service for repairs.

13. Plaintiff did not contribute to the cause of the subject incident.

**JURY TRIAL DEMANDED**

14. Pursuant to C.R.C.P. 38, Plaintiff provides all parties with notice of his demand for a trial by jury.

**WHEREFORE,** Plaintiff prays that she recover of and from Defendants compensatory damages that she has suffered by virtue of the acts and omissions alleged above; for costs, witness fees, expert witness fees, interest as provided by the rules, laws or statutes; for attorney fees as may be allowed by order of this Court; for an amount which will reasonably compensate Plaintiff for her past and future economic losses, past and future medical expenses, permanent impairments, injuries and/or disabilities; for an amount which will reasonably compensate Plaintiff for past and future pain, suffering, and loss of enjoyment of life and/or the capacity life; and for such other and further relief as shall be deemed just and proper by this Court.

Respectfully submitted this 3rd day of September, 2024.

Firouzbakht Law Firm

By: ____________________

**Eric Firouzbakht**
Colorado Bar No. 54299
600 17th Street
Suite 2801K South
Denver, CO 80202
Telephone: (303) 731-4795
Facsimile: (832) 726-0709
service@firouzbakhtlawfirm.com
Attorney for Plaintiff
Michael Gagnon

**Plaintiff's Address:**
2818 W Centennial Drive Unit F
Littleton, CO 80123